E. BRYAN WILSON
Acting United States Attorney

CHRISTOPHER D. SCHROEDER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: christopher.schroeder@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>KANTHONG KENT SIBOUNHEUANG, TONY NOI VONGTHALANGSY, and CHRISTINA BREANN BYLUND,<br><br>    Defendants. | No. 3:21-cr-00051-SLG-MMS<br><br>COUNTS 1-2:<br>FELON IN POSSESSION OF A FIREARM<br>  Vio. of 18 U.S.C. §§ 922(g)(1) and 924(a)(2)<br><br>COUNT 3:<br>POSSESSION OF STOLEN FIREARMS<br>  Vio. of 18 U.S.C. §§ 922(j) and 924(a)(2) |

I N D I C T M E N T

The Grand Jury charges that:

COUNT 1

On or about June 22, 2020, within the District of Alaska, the defendants, KANTHONG KENT SIBOUNHEUANG, TONY NOI VONGTHALANGSY, and

CHRISTINA BREANN BYLUND, each knowing he/she had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate and foreign commerce, a firearm, to wit: a Browning Ducks Unlimited 12 gauge shotgun.

All of which is in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

Prior Conviction - Kanthong Sibounheuang

| Conviction Date | Offense | Court | Case No. |
|---|---|---|---|
| December 10, 2007 | Distribution of Controlled Substances | United States District Court, District of Alaska | 3:07-cr-00051 |

Prior Convictions – Tony Vongthalangsy

| Conviction Date | Offense | Court | Case No. |
|---|---|---|---|
| May 4, 2020 | Burglary in the Second Degree | Alaska Superior Court | 3AN-19-12348CR |
| April 3, 2019 | Misconduct Involving Weapons in the Third Degree | Alaska Superior Court | 3PA-18-00578CR |

Prior Conviction – Christina Byland

| Conviction Date | Offense | Court | Case No. |
|---|---|---|---|
| January 31, 2018 | Theft in the Second Degree | Alaska Superior Court | 3AN-17-10327 |

COUNT 2

On or about June 22, 2020, within the District of Alaska, the defendants, KANTHONG KENT SIBOUNHEUANG, and TONY NOI VONGTHALANGSY, each

knowing he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate and foreign commerce, firearm, to wit:

1. A Browning Model Auto-5 12 gauge shotgun,

2. A Browning Model Auto-5 12 gauge shotgun,

3. A Browning Model Auto-5 12 gauge shotgun, and

4. A Winchester 12 gauge shotgun.

All of which is in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

## COUNT 3

On or about June 22, 2020, within the District of Alaska, the defendants, KANTHONG KENT SIBOUNHEUANG, and TONY NOI VONGTHALANGSY, received, possessed, concealed, stored, bartered, sold, and disposed of stolen firearms which had been shipped and transported in foreign commerce, to wit:

1. a Browning Ducks Unlimited 12 gauge shotgun,

2. a Browning Model Auto-5 12 gauge shotgun,

3. a Browning Model Auto-5 12 gauge shotgun,

4. a Browning Model Auto-5 12 gauge shotgun, and

5. a Winchester 12 gauge shotgun,

knowing and having reasonable cause to believe that the firearms were stolen.

//

//

//

All of which is in violation of 18 U.S.C. §§ 922(j) and 924(a)(2).

A TRUE BILL.

                                                           s/ Grand Jury Foreperson
                                                           GRAND JURY FOREPERSON

s/ Christopher D. Schroeder
CHRISTOPHER D. SCHROEDER
Assistant U.S. Attorney
United States of America


s/ E. Bryan Wilson
E. BRYAN WILSON
Acting United States Attorney
United States of America


Date:       4/27/2021